FRANK JOHNSON, Respondent, v. JANIE C. ZEVELY, Appellant.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

GEORGE W. LOFT and GEORGE W. LOFT SECURITIES CORPORATION, Respondents, v. GUIDE REALTY COMPANY, Appellant.— Order granting motion for an injunction *pendente lite* reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied. We are of opinion that this case is governed by *Mann* v. *Munch Brewery* (225 N. Y. 189) and *International Publications* v. *Matchabelli* (260 id. 451), and not by *Hermitage Co.* v. *Levine* (248 id. 333). The ninth paragraph of the lease clearly provides for reletting after summary proceedings, and an application of the proceeds to the " rent due," as comprehended in the *Munch Brewery Case* (*supra*), and not for " damages " as was the situation in the *Hermitage Co. Case* (*supra*). The security which is sought to be applied is to accrued rent, the amount of which has been reduced to judgment. Young, Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., concurs in result.